889 A.2d 43

**WELLIVER McGUIRE, INC., Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PADGETT), Respondent.**

Supreme Court of Pennsylvania.

Dec. 13, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December 2005, we hereby **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Commonwealth Court with regard to the issue of the pension setoff. See *Kramer v. Workers' Comp. Appeal Bd. (Rite Aid Corp.)* 883 A.2d 518, 2005 WL 2386097 (Pa.2005). We **VACATE** the award of penalties and **RE-MAND** to the Workers' Compensation Judge for Disposition consistent with this Order.